UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

TURNER ENVIROLOGIC, INC.,

*Plaintiff,*

v.

PSE&G FOSSIL, LLC, et al,

*Defendants,*

Civil Action No. 12-5948 (JMV)(JBC)

**ORDER**

**John Michael Vazquez, U.S.D.J.**

For the reasons expressed in the accompanying Opinion, and for good cause shown,

**IT IS** on this 22nd day of November, 2017,

**ORDERED** that Defendant's motion for partial summary judgment, D.E. 112, is **DENIED**.

_____
John Michael Vazquez, U.S.D.J.